Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-414-555

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

## Title _____

**Title of Work:** Blue and Pink Mermaid

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** July 04, 2020
**Nation of 1st Publication:** Germany

## Author _____

- **Author:** Sebastian Marc Grafmann
  **Pseudonym:** ZeichenbloQ
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Sebastian Marc Grafmann
Dardanellenweg 59, Berlin, 12109, Germany

## Rights and Permissions _____

**Name:** Sebastian Marc Grafmann
**Email:** s.grafmann@googlemail.com
**Address:** Dardanellenweg 59
Berlin 12109 Germany

## Certification _____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-556

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Bumble Bee collecting Pollen

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 29, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Sebastian Marc Grafmann
  **Pseudonym:** ZeichenbloQ
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sebastian Marc Grafmann
Dardanellenweg 59, Berlin, 12109, Germany

## Rights and Permissions

**Name:** Sebastian Marc Grafmann
**Email:** s.grafmann@googlemail.com
**Address:** Dardanellenweg 59
Berlin 12109 Germany

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-586

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Flower Radio

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 29, 2022
**Nation of 1st Publication:** Germany

## Author

● **Author:** Sebastian Marc Grafmann
**Pseudonym:** ZeichenbloQ
**Author Created:** 2-D artwork
**Citizen of:** Germany
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sebastian Marc Grafmann
Dardanellenweg 59, Berlin, 12109, Germany

## Rights and Permissions

**Name:** Sebastian Marc Grafmann
**Email:** s.grafmann@googlemail.com
**Address:** Dardanellenweg 59
Berlin 12109 Germany

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-687

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

          **Title of Work:**  Party Pineapple

## Completion/Publication

    **Year of Completion:**  2019
   **Date of 1st Publication:**  August 25, 2019
  **Nation of 1st Publication:**  Germany

## Author

    •      **Author:**  Sebastian Marc Grafmann
          **Pseudonym:**  ZeichenbloQ
    **Author Created:**  2-D artwork
        **Citizen of:**  Germany
    **Pseudonymous:**  Yes

## Copyright Claimant

   **Copyright Claimant:**  Sebastian Marc Grafmann
      Dardanellenweg 59, Berlin, 12109, Germany

## Rights and Permissions

           **Name:**  Sebastian Marc Grafmann
           **Email:**  s.grafmann@googlemail.com
        **Address:**  Dardanellenweg 59
      Berlin 12109 Germany

## Certification

           **Name:**  David Denholm

